IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

MITCH ROONI,

                Plaintiff,            JUDGMENT IN A CIVIL CASE

v.                                          Case No. 11-cv-827-bbc

BRAD BISER,

                Defendant.

---

      This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

      IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant Brad Biser and against plaintiff Mitch Rooni granting defendant's motion for summary judgment and dismissing plaintiff's claims that defendant arrested him without probable cause and used excessive force in placing handcuffs on him.

      _Peter Oppeneer_                         2/8/13
      Peter Oppeneer, Clerk of Court             Date