IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

Mitch Rooni,

    Plaintiff,

v.

Brad Biser,

    Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 11-cv-827-bbc

This action came before the court and a jury with District Judge Barbara B. Crabb presiding. The issues have been tried and the jury has rendered its verdict.

IT IS ORDERED AND ADJUDGED

that final judgment is entered in favor of plaintiff Mitch Rooni against defendant Brad Biser in the amount of $2,500.00.

Approved as to form this 18th day of February, 2015.

_Barbara B. Crabb_
Barbara B. Crabb, District Judge

_Peter Oppeneer_      2/19/15
Peter Oppeneer, Clerk of Court      Date